# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KUMLDEEP SIDHU dba S&S MARKET, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-00963-AWI-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendants, Kumldeep Sidhu dba S&S Market and Joe Albert Alcala (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  October 10, 2014                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez

*/s/ John F. Garland*
John F. Garland
Attorney for Defendants,
Kumldeep Sidhu dba S&S Market and
Joe Albert Alcala

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file his First Amended Complaint ("FAC"), a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed; and

2. Defendants' response to the FAC shall be filed within fourteen (14) days after the FAC is filed.

IT IS SO ORDERED.

Dated:    **October 23, 2014**                              **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE