# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No. 1:14-cv-00963-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| | (Doc. 16) |
| KUMLDEEP SIDHU dba S&S MARKET, et al., | |
| Defendants. | |
| _____/ | |

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

IT IS FURTHER ORDERED that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **December 17, 2014**            **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE