1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Email:  tanya@moorelawfirm.com

5   Attorney for Plaintiff
    Natividad Gutierrez
6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                    )   No.  1:14-cv-00963-AWI-SKO
                                            )
12              Plaintiff,                  )   **STIPULATION AND ORDER**
                                            )   **FOR DISMISSAL OF ACTION**
13       vs.                                )
                                            )
14  KUMLDEEP SIDHU dba S&S MARKET, et       )
    al.,                                    )
15                                          )
                                            )
16              Defendants.                 )
                                            )
17  _____    )

18

19          IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

20  Defendants Kumldeep Sidhu dba S&S Market; Joe Albert Alcala; and Avtar Sohal, the parties

21  to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil

22  Procedure  41(a)(1)(A)(ii),  the  above-captioned  action  be  dismissed  with  prejudice  in  its

23  entirety.  Each party is to bear its own attorneys' fees and costs.

24

25  Date: May 7, 2015                       MOORE LAW FIRM, P.C.

26
                                            */s/ Tanya E. Moore*
27                                          Tanya E. Moore
                                            Attorney for Plaintiff
28                                          Natividad Gutierrez

    ///

1

2    Date: May 7, 2015                              */s/ John F. Garland*
                                                    John F. Garland
3                                                   Attorney for Defendants
                                                    Kumldeep Sidhu dba S&S Market; Joe Albert
4                                                   Alcala; and Avtar Sohal
5

6                                          **ORDER**

7

8            The parties having so stipulated,

9            IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10   Each party shall bear its own attorney's fees and costs.

11

12   IT IS SO ORDERED.

13   Dated:   May 8, 2015           _____

14                                        SENIOR  DISTRICT  JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28